Nanci L. Clarence, SBN 122286
Kate Dyer, SBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694
Email: nclarence@clarencedyer.com

SPECIALLY APPEARING FOR
Defendant Sparky Rose

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SPARKY ROSE, et al.<br><br>Defendants. | Case No.: 3:06-MJ-70641-MAG-ALL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DATE FOR PRELIMINARY HEARING |

The parties hereby stipulate and request that the date currently set for preliminary hearing in this matter, November 14, 2006 at 9:30 AM before the Honorable Elizabeth D. La Porte should be continued for approximately thirty days. The parties respectfully request a new preliminary hearing date of December 18, 2006 at 9:30 AM.

Dated: 11-8-06                                                     Respectfully submitted,


                                                                   /s/: Nanci L. Clarence
                                                                   Nanci L. Clarence
                                                                   Specially Appearing on behalf of
                                                                   Defendant Sparky Rose


Dated: 11-9-06                                                     /s/: Thomas Mazzucco
                                                                   Thomas Mazzucco
                                                                   AUSA

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS the request that the preliminary hearing set for November 14, 2006 at 9:30 AM be continued to December 18, 2006 at 9:30 A.M. before the Criminal Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __11/15/06__

_____
Honorable Edward M. Chen
United States District Magistrate Judge