1  Nanci L. Clarence, SBN 122286
   Kate Dyer, SBN 171891
2  CLARENCE & DYER LLP
   899 Ellis Street
3  San Francisco, CA 94109-7807
   Telephone: (415) 749-1800
4  Facsimile:  (415) 749-1694
   Email: nclarence@clarencedyer.com
5
   SPECIALLY APPEARING FOR
6  Defendant Sparky Rose

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                    **SAN FRANCISCO DIVISION**
10

11 UNITED STATES OF AMERICA              Case No.: 3:06-MJ-70641-MAG-ALL

12              Plaintiff,              STIPULATION AND ~~PROPOSED~~ ORDER
                                        CONTINUING DATE FOR PRELIMINARY
13 v.                                   HEARING

14 SPARKY ROSE, et al.

15              Defendants.

16
           The parties hereby stipulate and request that the date currently set for preliminary hearing
17                                                        Bernard Zimmerman
   in this matter, December 18, 2006 at 9:30 AM before the Honorable ~~Elizabeth D. La Porte~~
18
   should be continued for approximately thirty days. The parties respectfully request a new
19
   preliminary hearing date of January 22, 2007 at 9:30 AM.
20

21
   Dated: December 5, 2006                        Respectfully submitted,
22

23
                                                  /s/: Nanci L. Clarence
24                                                _____
25                                                Nanci L. Clarence
                                                  Specially Appearing on behalf of
26                                                Defendant Sparky Rose

27                                                /s/: Thomas Mazzucco
   Dated: December 7, 2006                        _____
28                                                Thomas Mazzucco
                                                  AUSA

                                                                                      1

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS the request that the preliminary hearing set for December 18, 2006 at 9:30 AM be continued to January 22, 2007 at 9:30 AM.

Dated: __December 8, 2006__

_____
Honorable Bernard Zimmerman
United States District Magistrate Judge



2