KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS P. MAZZUCCO (CSBN 139758)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7289
    Fax: (415) 436-7234
    tom.mazzucco@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SPARKY W. ROSE;<br>STEVEN NAVARRO;<br>BENJAMIN BLAIR;<br>IRENE MATSOUKA;<br>SHAWN G. ANDERSON;<br>KEVIN P. ELLIS;<br>JASON MATHEWSON;<br>AMBER FROINES;<br>JOHNNY M. SETO;<br>ALFONZO REBULLIDA;<br>MARK E. MILLER;<br>JAMES J. DALEY;<br>TRACY A. SMITH;<br>JAIME L. PERREIRA; and<br>MISTALEE CHIAME WANG,<br><br>    Defendants. | No. 3-06-70641 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DATE OF<br>PRELIMINARY HEARING OR<br>ARRAIGNMENT AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL<br>ACT CALCULATION (18 U.S.C.<br>§ 3161(h)(8)(A)) |

    The plaintiff, United States of America, through its counsel of record, Kevin V. Ryan, United States Attorney, and Thomas P. Mazzucco, Assistant United States Attorney, and defendants STEVEN NAVARRO, BENJAMIN BLAIR, IRENE MATSOUKA, SHAWN G. ANDERSON,

STIPULATION AND [PROPOSED] ORDER

1

1  KEVIN P. ELLIS, JASON MATHEWSON, AMBER FROINES, JOHNNY M. SETO,
2  ALFONZO REBULLIDA, MARK E. MILLER, JAMES J. DALEY, and MISTALEE CHIAME
3  WANG, through their counsel of record, Marc Silversmit, Esq., Ean Vizzi, Esq., Brendan
4  Conroy, Esq., Anthony J. Brass, Esq., Claire M. Leary, Esq., Michael R. Berger, Esq., Steve
5  Emery Teich, Esq., Omar C. Figueroa, Esq., Brendan Vincent-John Hallinan, Esq., Michael
6  Stepanian, Esq., Scott R. Sugarman, Esq., Steven F. Gruel, Esq., Mark Mermelstein, Esq., and
7  Mark S. Goldrosen, Esq., hereby request and stipulate that this case be set for
8  Arraignment/Preliminary Hearing on December 18, 2006, at 9:30 a.m.
9      Pursuant to 18 U.S.C.§ 3161(h)(8)(A), the parties also stipulate that the time between
10 November 15, 2006, and December 18, 2006, is necessary for effective preparation of this case
11 and, therefore, that the ends of justice served by granting a continuance until December 18,
12 2006, outweigh the best interests of the public and of the defendants in a speedy trial. The parties
13 also stipulate to a waiver of the time limit to conduct a preliminary hearing or bring an
14 indictment pursuant to Rule 5.1 (d) of the Rules of Criminal Procedure as the parties are actively
15 negotiating a pre-indictment disposition of this matter.
16  IT IS SO STIPULATED.

17
18 DATED: November 29, 2006                /S/ Thomas P. Mazzucco
                                           THOMAS P. MAZZUCCO
                                           Assistant United States Attorney
19

20 DATED: November 29, 2006                /S/ Ean Vizzi
                                           EAN VIZZI, ESQ.
21

22 DATED: November 29, 2006                /S/ Brendan Conroy
                                           BRENDAN CONROY, ESQ.
23

24 DATED: December 5, 2006                 /S/ Anthony J. Brass
                                           ANTHONY J. BRASS, ESQ.
25

26 DATED: December 5, 2006                 /S/ Claire M. Leary
                                           CLAIRE M. LEARY, ESQ.
27

28 DATED: November 30, 2006                /S/ Barry L. Morris
                                           BARRY L. MORRIS, ESQ.

STIPULATION AND [PROPOSED] ORDER

1
2  DATED: November 29, 2006                    /S/ Steve Emery Teich
                                               STEVE EMERY TEICH, ESQ.
3
4  DATED: November 29, 2006                    /S/ Omar C. Figueroa
                                               OMAR C. FIGUEROA, ESQ.
5
6  DATED: November 29, 2006                    /S/ Brendan Vincent-John Hallinan
                                          BRENDAN VINCENT-JOHN HALLINAN, ESQ.
7
8  DATED: November 30, 2006                    /S/ Michael Stepanian
                                               MICHAEL STEPANIAN, ESQ.
9
10 DATED: November 30, 2006                    /S/ Scott A. Sugarman
                                               SCOTT A. SUGARMAN, ESQ.
11
12 DATED: December 4, 2006                     /S/ Steven F. Gruel
                                               STEVEN F. GRUEL, ESQ.
13
14 DATED: November 29, 2006                    /S/ Mark Mermelstein
                                               MARK MERMELSTEIN, ESQ.
15
16 DATED: November 29, 2006                    /S/ Mark S. Goldrosen
                                               MARK S. GOLDROSEN, ESQ.
17
18 SO ORDERED.
19
20 DATED:  DECEMBER 13, 2006                   [signature]
                                               HON. BERNARD ZIMMERMAN
21                                             United States Magistrate Judge
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER

3