1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7289
7      Fax: (415) 436-7234
       tom.mazzucco@usdoj.gov
8
   Attorneys for the United States
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )
                                    )   No. 3-06-70641 MAG
14         Plaintiff,               )
                                    )
15     v.                           )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING DATE OF
16 SPARKY W. ROSE;                  )   PRELIMINARY HEARING OR
   STEVEN NAVARRO;                  )   ARRAIGNMENT AND EXCLUDING
17 BENJAMIN BLAIR;                  )   TIME UNDER THE SPEEDY TRIAL
   IRENE MATSOUKA;                  )   ACT CALCULATION (18 U.S.C.
18 SHAWN G. ANDERSON;               )   § 3161(h)(8)(A))
   KEVIN P. ELLIS;                  )
19 JASON MATHEWSON;                 )
   AMBER FROINES;                   )
20 JOHNNY M. SETO;                  )
   ALFONZO REBULLIDA;               )
21 MARK E. MILLER;                  )
   JAMES J. DALEY;                  )
22 TRACY A. SMITH;                  )
   JAIME L. PERREIRA; and           )
23 MISTALEE CHIAME WANG,            )
                                    )
24         Defendants.              )
                                    )
25

26     The plaintiff, United States of America, through its counsel of record, Kevin V. Ryan, United

27 States Attorney, and Thomas P. Mazzucco, Assistant United States Attorney, and defendants

28 STEVEN NAVARRO, BENJAMIN BLAIR, IRENE MATSOUKA, SHAWN G. ANDERSON,

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]

1

1  KEVIN P. ELLIS, JASON MATHEWSON, AMBER FROINES, JOHNNY M. SETO,
2  ALFONZO REBULLIDA, MARK E. MILLER, JAMES J. DALEY, and MISTALEE CHIAME
3  WANG, through their counsel of record, Anthony J. Brass, Esq., Brendan Conroy, Esq., Omar C.
4  Figueroa, Esq., Mark S. Goldrosen, Esq., Steven F. Gruel, Esq., Claire M. Leary, Esq., Mark
5  Mermelstein, Esq., Barry L. Morris, Esq., Michael Stepanian, Esq., Scott R. Sugarman, Esq.,
6  Steve Emery Teich, Esq., Ean Vizzi, Esq. and Brendan Vincent-John Hallinan, Esq., hereby
7  request and stipulate that this case be re-set for Arraignment/Preliminary Hearing on January 17,
8  2007, at 9:30 a.m.
9      Pursuant to 18 U.S.C.§ 3161(h)(8)(A), the parties also stipulate that the time between
10 December 18, 2006, and January 17, 2007, is necessary for effective preparation of this case and,
11 therefore, that the ends of justice served by granting a continuance until January 17, 2006,
12 outweigh the best interests of the public and of the defendants in a speedy trial. The parties also
13 stipulate to a waiver of the time limit to conduct a preliminary hearing or bring an indictment
14 pursuant to Rule 5.1 (d) of the Rules of Criminal Procedure as the parties are actively negotiating
15 a pre-indictment disposition of this matter.
16 IT IS SO STIPULATED.

17
   DATED: December 26, 2006                 /S/ Thomas P. Mazzucco
18                                          THOMAS P. MAZZUCCO
                                            Assistant United States Attorney
19

20 DATED: December 26, 2006                 /S/ Anthony J. Brass
                                            ANTHONY J. BRASS, ESQ.
21

22 DATED: December 27, 2006                 /S/ Brendan Conroy
                                            BRENDAN CONROY, ESQ.
23

24 DATED: December 27, 2006                 /S/ Omar C. Figueroa
                                            OMAR C. FIGUEROA, ESQ.
25

26
   DATED: January 2, 2007                   /S/ Mark S. Goldrosen
27                                          MARK S. GOLDROSEN, ESQ.

28 //

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]

2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 26, 2006 | /S/ Steve F. Gruel<br>STEVEN F. GRUEL, ESQ. |
| 3 | | |
| 4 | DATED: December 26, 2006 | /S/ Claire M. Leary<br>CLAIRE M. LEARY, ESQ. |
| 5 | | |
| 6 | DATED: December 26, 2006 | /S/ Mark Mermelstein<br>MARK MERMELSTEIN, ESQ. |
| 7 | | |
| 8 | DATED: December 26, 2006 | /S/ Barry L. Morris<br>BARRY L. MORRIS, ESQ. |
| 9 | | |
| 10 | DATED: December 26, 2006 | /S/ Michael Stepanian<br>MICHAEL STEPANIAN, ESQ. |
| 11 | | |
| 12 | DATED: January 3, 2007 | /S/ Scott A. Sugarman<br>SCOTT A. SUGARMAN, ESQ. |
| 13 | | |
| 14 | DATED: December 26, 2006 | /S/ Steve Emery Teich<br>STEVE EMERY TEICH, ESQ. |
| 15 | | |
| 16 | DATED: December 26, 2006 | /S/ Ean Vizzi<br>EAN VIZZI, ESQ. |
| 17 | | |
| 18 | DATED: January 4, 2007 | /S/ Brendan Hallinan<br>BRENDAN V-J HALLINAN, ESQ. |
| 19 | | |
| 20 | SO ORDERED. | |
| 21 | | |
| 22 | DATED: [signature] | [signature]<br>HON. JOSEPH C. SPERO<br>United States Magistrate Judge |

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]

3