Nanci L. Clarence, SBN 122286
Kate Dyer, SBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
Email: nclarence@clarencedyer.com

SPECIALLY APPEARING FOR
Defendant Sparky Rose

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SPARKY ROSE, et al.<br><br>Defendants. | Case No.: 3:06-MJ-70641-MAG-ALL<br><br>STIPULATION AND XXXXXXX ORDER CONTINUING DATE FOR PRELIMINARY HEARING |

The parties hereby stipulate and request that the date currently set for preliminary hearing in this matter, January 22, 2007 at 9:30 AM before the Honorable James Larson ~~Bernard Zimmerman~~ should be continued for approximately forty-seven days. The parties respectfully request a new preliminary hearing date of March 9, 2007 at 9:30 AM.

Dated: January 17, 2007                                   Respectfully submitted,


                                                          /s/: Nanci Clarence
                                                          Nanci L. Clarence
                                                          Specially Appearing on behalf of
                                                          Defendant Sparky Rose


                                                          /s/: Thomas Mazzucco
Dated: January 17, 2007
                                                          Thomas Mazzucco
                                                          AUSA

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS the request that the preliminary hearing set for January 22, 2007 at 9:30 AM be continued to March 9, 2007 at 9:30 AM. before the Honorable Joseph C. Spero.

Dated: January 18, 2007

IT IS SO ORDERED
Judge James Larson

Hon_____
United_____ Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2