NANCI L. CLARENCE (State Bar No. 122286)
EDWIN K. PRATHER (State Bar No. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email:  nclarence@clarencedyer.com
        eprather@clarencedyer.com

SPECIALLY APPEARING FOR
Defendant Sparky Rose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SPARKY W. ROSE, et al.,<br><br>          Defendants. | Case No.: 3:06-MJ-70641-MAG-ALL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION TO A TERM AND CONDITION OF DEFENDANT SPARKY ROSE'S PRETRIAL RELEASE** |

   Defendant Sparky Rose has been released subject to the Court's standard terms and conditions of release. One such condition is defendant Rose's limitation that he not travel outside the Northern District of California. Defendant Rose would like this condition modified so that he may travel freely between this district and the Central District of California.

   The nature of this case – namely, that allegations against Defendant Rose involve matters in Southern and Northern California – necessitates that defendant Rose consult lawyers in both the Northern and Central Districts of California. Defendant Rose's travel to Los Angeles is necessary to confer with his counsel there, the law firm of Thelen Reid Brown Raysman & Steiner LLP.

   Michelle Nero, defendant Rose's Pretrial Services Officer, has indicated her

Page 1

Stipulation and [Proposed] Order For Modification to a Term and Condition of
Defendant Sparky Rose's Pretrial Release [Case No.: 3:06-MJ-70641-MAG-ALL]

1  consent to the Court's modification of this term of defendant Rose's pretrial release.

2     Similarly, Assistant United States Attorney Thomas P. Mazzucco does not oppose

3  the Court's modification of this term of defendant Rose's pretrial release.

4     IT IS SO ORDERED.

5  Dated: February __6__, 2007

6               _____
             ELIZABETH D. LAPORTE
             UNITED STATES MAGISTRATE JUDGE

7  Approved as to form:

8

9  __/s/: Edwin K. Prather_____
EDWIN K. PRATHER

10  Clarence & Dyer LLP
Attorneys Specially Appearing for

11  Defendant Sparky Rose

12

13  __/s/: Thomas P. Mazzucco_____
THOMAS P. MAZZUCCO

14  Assistant United States Attorney

15

16  __/s/:  Michelle Nero_____
MICHELLE NERO

17  Pretrial Services Officer

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Elizabeth D. Laporte — Judge Elizabeth D. Laporte]

28

Page 2

Stipulation and [~~Proposed~~] Order For Modification to a Term and Condition of
Defendant Sparky Rose's Pretrial Release [Case No.: 3:06-MJ-70641-MAG-ALL]