| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | THOMAS P. MAZZUCCO (CSBN 139758)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7289 |
| 7 | Fax: (415) 436-7234<br>tom.mazzucco@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>   v.<br>SPARKY W. ROSE;<br>STEVEN NAVARRO;<br>BENJAMIN BLAIR;<br>IRENE MATSOUKA;<br>SHAWN G. ANDERSON;<br>KEVIN P. ELLIS;<br>JASON MATHEWSON;<br>AMBER FROINES;<br>JOHNNY M. SETO;<br>ALFONZO REBULLIDA;<br>MARK E. MILLER;<br>JAMES J. DALEY;<br>TRACY A. SMITH;<br>JAIME L. PERREIRA; and<br>MISTALEE CHIAME WANG,<br>         Defendants. | No. 3-06-70641 MAG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF PRELIMINARY HEARING OR ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

   The plaintiff, United States of America, through its counsel of record, Scott N. Schools, United States Attorney, and Thomas P. Mazzucco, Assistant United States Attorney, and defendants STEVEN NAVARRO, BENJAMIN BLAIR, IRENE MATSOUKA, SHAWN G.

STIPULATION AND [~~PROPOSED~~] ORDER
[03-06-70641] [MAG]

1

| | |
|---|---|
| 1 | ANDERSON, KEVIN P. ELLIS, JASON MATHEWSON, AMBER FROINES, JOHNNY M. |
| 2 | SETO, ALFONZO REBULLIDA, MARK E. MILLER, JAMES J. DALEY, and MISTALEE |
| 3 | CHIAME WANG, through their counsel of record, Anthony J. Brass, Esq., Brendan Conroy, |
| 4 | Esq., Omar C. Figueroa, Esq., Mark S. Goldrosen, Esq., Steven F. Gruel, Esq., Claire M. Leary, |
| 5 | Esq., Mark Mermelstein, Esq., Barry L. Morris, Esq., Michael R. Berger, Esq., Michael |
| 6 | Stepanian, Esq., Scott R. Sugarman, Esq., Steve Emery Teich, Esq., Ean Vizzi, Esq. and Brendan |
| 7 | Vincent-John Hallinan, Esq., hereby request and stipulate that this case be re-set for |
| 8 | Arraignment/Preliminary Hearing on from March 9, 2007 to April 10, 2007, at 9:30 a.m. |

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the parties also stipulate that the time between March 9, 2007, and April 10, 2007, is necessary for effective preparation of this case and, therefore, that the ends of justice served by granting a continuance until April 10, 2007, outweigh the best interests of the public and of the defendants in a speedy trial. The parties also stipulate to a waiver of the time limit to conduct a preliminary hearing or bring an indictment pursuant to Rule 5.1 (d) of the Rules of Criminal Procedure as the parties are actively negotiating a pre-indictment disposition of this matter.

IT IS SO STIPULATED.

DATED: March 7, 2007  /S/ Thomas P. Mazzucco
THOMAS P. MAZZUCCO
Assistant United States Attorney

DATED: March __, 2007  /S/ Anthony J. Brass
ANTHONY J. BRASS, ESQ.

DATED: March 7, 2007  /S/ Brendan Conroy
BRENDAN CONROY, ESQ.

DATED: March 7, 2007  /S/ Omar C. Figueroa
OMAR C. FIGUEROA, ESQ.

DATED: March 7, 2007  /S/ Mark S. Goldrosen
MARK S. GOLDROSEN, ESQ.

DATED: March 8, 2007  /S/ Marc Zilversmit
MARC ZILVERSMIT, ESQ.

STIPULATION AND [~~PROPOSED~~] ORDER
[03-06-70641] [MAG]

2

| | | |
|---|---|---|
| 1 | DATED: March 8, 2007 | /S/ Steven F. Gruel |
| 2 | | STEVEN F. GRUEL, ESQ. |
| 3 | DATED: March 8, 2007 | /S/ Claire M. Leary |
| 4 | | CLAIRE M. LEARY, ESQ. |
| 5 | DATED: March 7, 2007 | /S/ Mark Mermelstein |
| 6 | | MARK MERMELSTEIN, ESQ. |
| 7 | DATED: March 7, 2007 | /S/ Barry L. Morris |
| 8 | | BARRY L. MORRIS, ESQ. |
| 9 | DATED: March ___, 2007 | /S/ Michael R. Berger |
| 10 | | MICHAEL R. BERGER, ESQ. |
| 11 | DATED: March 8, 2007 | /S/ Michael Stepanian |
| 12 | | MICHAEL STEPANIAN, ESQ. |
| 13 | DATED: March 7, 2007 | /S/ Scott A. Sugarman |
| 14 | | SCOTT A. SUGARMAN, ESQ. |
| 15 | DATED: March 7, 2007 | /S/ Steve Emery Teich |
| 16 | | STEVE EMERY TEICH, ESQ. |
| 17 | DATED: March 7, 2007 | /S/ Ean Vizzi |
| 18 | | EAN VIZZI, ESQ. |
| 19 | DATED: March 8, 2007 | /S/ Brendan Hallinan |
| 20 | | BRENDAN V-J HALLINAN, ESQ. |

SO ORDERED.

DATED: March 9, 2007

HON. _____ SPERO
United States Magistrate Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]