1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7289
7      Fax: (415) 436-7234
       tom.mazzucco@usdoj.gov
8
   Attorneys for the United States
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )
                                      )   No. 3-06-70641 MAG
14            Plaintiff,              )
                                      )
15       v.                           )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING DATE OF
16 SPARKY W. ROSE;                    )   PRELIMINARY HEARING OR
   STEVEN J. NAVARRO;                 )   ARRAIGNMENT AND EXCLUDING
17 BENJAMIN BLAIR;                    )   TIME UNDER THE SPEEDY TRIAL
   IRENE MATSOUKA;                    )   ACT CALCULATION (18 U.S.C.
18 SHAWN G. ANDERSON;                 )   § 3161(h)(8)(A))
   KEVIN P. ELLIS;                    )
19 JASON MATHEWSON;                   )
   AMBER FROINES;                     )
20 JOHNNY M. SETO;                    )
   ALFONZO MUNOZ-REBULLIDA;           )
21 MARK E. MILLER;                    )
   JAMES J. DALEY;                    )
22 TRACY A. SMITH;                    )
   JAIME L. PERREIRA; and             )
23 MISTALEE CHIAME WANG,              )
                                      )
24            Defendants.             )
                                      )
25

26      The plaintiff, United States of America, through its counsel of record, Scott N. Schools,

27 United States Attorney, and Thomas P. Mazzucco, Assistant United States Attorney, and

28 defendants STEVEN J. NAVARRO, BENJAMIN BLAIR, IRENE MATSOUKA, SHAWN G.

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]

1

1  ANDERSON, KEVIN P. ELLIS, JASON MATHEWSON, AMBER FROINES, JOHNNY M.
2  SETO, ALFONZO MUNOZ-REBULLIDA, MARK E. MILLER, JAMES J. DALEY, TRACY
3  A. SMITH, and MISTALEE CHIAME WANG, through their counsel of record, Anthony J.
4  Brass, Esq., Brendan Conroy, Esq., Omar C. Figueroa, Esq., Mark S. Goldrosen, Esq., Steven F.
5  Gruel, Esq., Claire M. Leary, Esq., Mark Mermelstein, Esq., Barry L. Morris, Esq., Michael
6  Stepanian, Esq., Scott R. Sugarman, Esq., Steve Emery Teich, Esq., Ean Vizzi, Esq., Marc
7  Zilversmit and Brendan Vincent-John Hallinan, Esq., hereby request and stipulate that this case
8  be re-set for Arraignment/Preliminary Hearing from August 29, 2007 to September 26, 2007, at
9  9:30 a.m.
10     Pursuant to 18 U.S.C.§ 3161(h)(8)(A), the parties also stipulate that the time between August
11 29, 2007 and September 26, 2007, is necessary for effective preparation of this case and,
12 therefore, that the ends of justice served by granting a continuance until September 26, 2007,
13 outweigh the best interests of the public and of the defendants in a speedy trial.  The parties also
14 stipulate to a waiver of the time limit to conduct a preliminary hearing or bring an indictment
15 pursuant to Rule 5.1 (d) of the Rules of Criminal Procedure as the parties are actively negotiating
16 a pre-indictment disposition of this matter.
17   IT IS SO STIPULATED.
18
19 DATED: August 27, 2007                     /S/ Thomas P. Mazzucco
                                              THOMAS P. MAZZUCCO
20                                            Assistant United States Attorney

21 DATED: August 27, 2007                     /S/ Anthony J. Brass
                                              ANTHONY J. BRASS, ESQ.
22

23 DATED: August 28, 2007                     /S/ Brendan Conroy
                                              BRENDAN CONROY, ESQ.
24

25 DATED: August 28, 2007                     /S/ Omar C. Figueroa
                                              OMAR C. FIGUEROA, ESQ.
26

27 DATED: August 28, 2007                     /S/ Mark S. Goldrosen
                                              MARK S. GOLDROSEN, ESQ.
28

STIPULATION AND [~~PROPOSED~~] ORDER
[03-06-70641] [MAG]

2

| | | |
|---|---|---|
| 1 | DATED: August 27, 2007 | /S/ Marc Zilversmit |
| 2 | | MARC ZILVERSMIT, ESQ. |
| 3 | DATED: August 28 2007 | /S/ Steven F. Gruel |
| 4 | | STEVEN F. GRUEL, ESQ. |
| 5 | DATED: August 28, 2007 | /S/ Claire M. Leary |
| 6 | | CLAIRE M. LEARY, ESQ. |
| 7 | DATED: August 27, 2007 | /S/ Mark Mermelstein |
| 8 | | MARK MERMELSTEIN, ESQ. |
| 9 | DATED: August 28, 2007 | /S/ Barry L. Morris |
| 10 | | BARRY L. MORRIS, ESQ. |
| 11 | DATED: August 27, 2007 | /S/ Michael Stepanian |
| 12 | | MICHAEL STEPANIAN, ESQ. |
| 13 | DATED: August 27, 2007 | /S/ Scott A. Sugarman |
| 14 | | SCOTT A. SUGARMAN, ESQ. |
| 15 | DATED: August 28, 2007 | /S/ Steve Emery Teich |
| 16 | | STEVE EMERY TEICH, ESQ. |
| 17 | DATED: August 28, 2007 | Ean Vizzi |
| 18 | | EAN VIZZI, ESQ. |
| 19 | DATED: August 28, 2007 | /S/ Brendan V-J Hallinan |
| 20 | | BRENDAN V-J HALLINAN, ESQ. |
| 21 | SO ORDERED. | |
| 23 | DATED: _ August 28, 2007 ___ | |
| 24 | | HON. JOSEPH C. SPERO |
| | | United States Magistrate Judge |

STIPULATION AND [~~PROPOSED~~] ORDER
[03-06-70641] [MAG]

3