NANCI L. CLARENCE (State Bar No. 122286)
EDWIN K. PRATHER (State Bar No. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: nclarence@clarencedyer.com
       eprather@clarencedyer.com

SPECIALLY APPEARING FOR
Defendant Sparky Rose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SPARKY W. ROSE, et al.,<br><br>Defendants. | Case No.: 3:06-MJ-70641-MAG-ALL<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER FOR MODIFICATION TO A TERM AND CONDITION OF DEFENDANT SPARKY ROSE'S PRETRIAL RELEASE** |

Defendant Sparky Rose has been released subject to the Court's standard terms and conditions of release in two matters; one in the Northern District of California (3:06-MJ-70641-MAG-ALL) and one in the Central District of California (CR 07-768-R). Defendant Rose is currently scheduled to be sentenced on the matter in the Central District of California before Judge Manuel Real on February 11, 2008.

The undersigned stipulate that his conditions of release modified so that he may travel freely throughout the United States.

Hence Williams, defendant Rose's Pretrial Services Officer, has indicated his consent to the Court's modification of this term of defendant Rose's pretrial release.

///

///

Page 1

Stipulation and [P~~roposed~~] Order For Modification to a Term and Condition of
Defendant Sparky Rose's Pretrial Release [Case No.: 3:06-MJ-70641-MAG-ALL]

Similarly, Assistant United States Attorneys Thomas P. Mazzucco (N.D. Cal.) and Shannon P. Ryan (C.D. Cal.) stipulate to the Court's modification of this term of defendant Rose's pretrial release.

Any travel outside of California by defendant Rose will be provided to and approved by Pretrial Services in advance.

IT IS SO ORDERED.

Dated: January __9__, 2008

_____
IT IS SO ORDERED
UNITED STATES MAGISTRATE JUDGE
Judge Elizabeth D. Laporte

Approved as to form:

__/s/_____
EDWIN K. PRATHER
Clarence & Dyer LLP
Attorneys Specially Appearing for
Defendant Sparky Rose

__/s/_____
THOMAS P. MAZZUCCO
Assistant United States Attorney

__/s/_____
SHANNON P. RYAN
Assistant United States Attorney

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On January 2, 2008, I served a copy, with all exhibits, of the following documents:

• Stipulation and [Proposed] Order for Modification to a Term and Condition of Defendant Sparky Rose's Pretrial Release

\_\_\_X\_\_\_\_(BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

By Fax
Hence Williams
US Pretrial Services
Ronald V. Dellums Federal Bldg,
Suite 100C
1301 Clay Street
Oakland, CA 94612-5217
Fax: (510) 637-3761

\_\_\_X\_\_\_\_(BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

Thomas Mazzucco, AUSA
Email: tom.mazzucco@usdoj.gov

Shannon Ryan, AUSA
Email: shannon.ryan@usdoj.gov

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Abbie Chin

Abbie Chin

Page 3

Stipulation and [Proposed] Order For Modification to a Term and Condition of
Defendant Sparky Rose's Pretrial Release [Case No.: 3:06-MJ-70641-MAG-ALL]