1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CABN 139758 )
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7289
7      Fax: (415) 436-7234
       tom.mazzucco@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-File

**FILED**
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,          )   No. 3-06-70641 MAG
                                        )
14 |       Plaintiff,                   )
                                        )   NOTICE OF DISMISSAL
15 |   v.                               )
                                        )
16 | SPARKY W. ROSE;                    )
     STEVEN J. NAVARRO;                 )   (San Francisco Venue)
17 | BENJAMIN BLAIR;                    )
     IRENE MATSOUKA;                    )
18 | SHAWN G. ANDERSON;                 )
     KEVIN P. ELLIS;                    )
19 | JASON MATHEWSON;                   )
     AMBER FROINES;                     )
20 | JOHNNY M. SETO;                    )
     ALFONZO MUNOZ-REBULLIDA;           )
21 | MARK E. MILLER;                    )
     JAMES J. DALEY;                    )
22 | TRACY A. SMITH;                    )
     JAIME L. PERREIRA; AND             )
23 | MISTALEE CHIAME WANG               )
                                        )
24 |       Defendants.                  )
                                        )
25

26     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

27  United States Attorney for the Northern District of California dismisses the above complaint

28
   NOTICE OF DISMISSAL
   [03-06-70641] [MAG]

1  against each of the above-named defendants without prejudice.

2  .

3  DATED:                                          Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
5
                                                          /S/
6
                                                   BRIAN J. STRETCH
7                                                  Chief, Criminal Division

8

9
   Leave is granted to the government to dismiss the complaint.
10

11 Date: 2-20v08

12                                                 MARIA ELENA JAMES
                                                   United States Magistrate Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2