**CHAMBER'S COPY**
**DO NOT FILE**

NANCI L. CLARENCE (State Bar No. 122286)
CRAIG H. BESSENGER (State Bar No. 245787)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: nclarence@clarencedyer.com
       cbessenger@clarencedyer.com

SPECIALLY APPEARING FOR
Defendant Sparky Rose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:06-MJ-70641-MAG-ALL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO RECONVEY PROPERTY** |
| SPARKY W. ROSE, et al., | |
| Defendants. | |

On October 17, 2006, the Court issued an appearance bond in this matter, secured in part by real property located in Maryland and owned by Harry and Patricia Trunnell (the "Maryland Property").

On February 20, 2008, the Court granted the Government's request to dismiss without prejudice the complaint in the above-captioned case.

In light of the resolution of this matter, counsel for defendant Sparky Rose now respectfully requests that the Court order the reconveyance of the Maryland Property. This reconveyance has been discussed with Assistant United States Attorney Thomas P. Mazzucco, who does not oppose it.

///

///

1   IT IS SO ORDERED.

2   Dated: May /3, 2008

3

4   _____
    EDWARD M. CHEN
    UNITED STATES MAGISTRATE JUDGE

5

6   Approved as to form:

7

8   /s/: Craig H. Bessenger
    CRAIG H. BESSENGER
    Clarence & Dyer
9   Attorneys for Defendant Sparky Rose

10

11   /s/: Thomas P. Mazzucco
     THOMAS P. MAZZUCCO
     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Reconvey Property
[Case No.: 3:06-MJ-70641-MAG-ALL]

Proof of Service

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On May 9, 2008, I served a copy, with all exhibits, of the following documents:

• STIPULATION AND [PROPOSED] ORDER TO RECONVEY PROPERTY

__X__ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

Hence Williams
US Pretrial Services
Ronald V. Dellums Federal Bldg,
Suite 100C
1301 Clay Street
Oakland, CA 94612-5217
Fax: (510) 637-3761

__X__ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

Thomas Mazzucco, AUSA
Email: tom.mazzucco@usdoj.gov

Shannon Ryan, AUSA
Email: shannon.ryan@usdoj.gov

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan
Stephanie Chan